**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 317 EAL 2021 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| WAYNE PRATER, | : | |
| | : | |
| Petitioner | : | |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 318 EAL 2021 |
| | : | |
| Respondent | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| WAYNE PRATER, | : | |
| | : | |
| Petitioner | : | |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 319 EAL 2021 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| WAYNE PRATER, | : | |
| | : | |
| Petitioner | : | |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 320 EAL 2021 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |

WAYNE PRATER,

       Petitioner

COMMONWEALTH OF PENNSYLVANIA,    :  No. 321 EAL 2021

       Respondent

               Petition for Allowance of Appeal
               from the Order of the Superior Court

       v.

WAYNE PRATER,

       Petitioner

COMMONWEALTH OF PENNSYLVANIA,    :  No. 322 EAL 2021

       Respondent

               Petition for Allowance of Appeal
               from the Order of the Superior Court

       v.

WAYNE PRATER,

       Petitioner

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 1st day of December, 2021, the Petition for Allowance of Appeal is **DENIED**.

[317 EAL 2021, 318 EAL 2021, 319 EAL 2021, 320 EAL 2021, 321 EAL 2021 and 322 EAL 2021] - 2